**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **C.W. Keller & Associates, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-2561142** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **29 Munroe Street**<br>**Newburyport, MA 01950**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Essex**<br>County | **Location of principal assets, if different from principal place of business**<br>**9 Hale Spring Road Plaistow, NH 03865**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.cwkeller.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **C.W. Keller & Associates, LLC**                    Case number (*if known*) _____
_____Name_____

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | _3219_ |

| | | |
|---|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* | |
| | ☐ Chapter 7 | |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 | |
| | ☒ Chapter 11. *Check **all** that apply:* | |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 | |

| | | | | |
|---|---|---|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No. | | | |
| | ☐ Yes. | | | |
| | District _____ | When _____ | Case number _____ | |
| | District _____ | When _____ | Case number _____ | |

Debtor    **C.W. Keller & Associates, LLC**                                    Case number (*if known*)
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **C.W. Keller Holding Company, Inc.** | | Relationship | **Affiliate** |
| District | | When | | Case number, if known |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

██ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **C.W. Keller & Associates, LLC**
Name

Case number (*if known*)

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000   ■ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor   **C.W. Keller & Associates, LLC**                                    Case number (*if known*) _____
         Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 24, 2023**
               MM / DD / YYYY

**X /s/ Shawn Keller**                                    **Shawn Keller**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

**X /s/ David B. Madoff**                                 Date   **August 24, 2023**
Signature of attorney for debtor                                 MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone   **508-543-0040**        Email address   **alston@mandkllp.com**

**552968 MA**
Bar number and State

Debtor    C.W. Keller & Associates, LLC                                    Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 24, 2023**
               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
               MM / DD / YYYY

X _____        **Shawn Keller**
  Signature of authorized representative of debtor  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                    Printed name

Title    **Manager**

**18. Signature of attorney**

X _____        Date    **August 24, 2023**
  Signature of attorney for debtor                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                          MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone    **508-543-0040**    Email address    **alston@mandkllp.com**

**552968 MA**
Bar number and State

## UNANIMOUS CONSENT OF MEMBERS

The undersigned Members and Managers of C.W. Keller & Associates LLC, a

Massachusetts Limited Liability Company (the "Company"), pursuant to the Company's

operating agreement and the Laws of the Commonwealth of Massachusetts, do hereby certify

that all members, Shawn C. Keller and Trevor Ryan approve, consent to and take the following

actions:

|  |  |
|---|---|
| VOTED: | That the Company seek relief under Chapter 11 of the Bankruptcy Code, and that Shawn C. Keller (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote; |
| FURTHER VOTED: | That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from this consent; |
| FURTHER VOTED: | That this Vote be filed in the minute book of the Company. |

Dated: August 24th, 2023

_____
Shawn C. Keller, Member and Manager

_____
Trevor Ryan, Member and Manager

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: | Chapter 11 |
| C.W. KELLER & ASSOCIATES, LLC | Case No. |
| Debtor. | |

## **DECLARATION RE: ELECTRONIC FILING**

PART I – DECLARATION OF PETITIONER

    We, David B. Madoff and Shawn C. Keller, hereby declare under penalty of perjury that all of the information contained in the:

- ☒ Petition, Lists, Statements & Schedules
- ☐ Chapter 11 Plan
- ☐ Amended Plan
- ☐ Amended Schedules
- ☒ Application to Employ
- ☒ Affidavit/Signed Statement of Professional Person
- ☐ Corporate Vote
- ☐ Verified Complaint (Adversary)

filed electronically, is true and correct.  We understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document.  We understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: August 24, 2023

Signed: _____
David B. Madoff

Signed: _____
Shawn C. Keller

PART II – DECLARATION OF ATTORNEY

   I certify that the affiant signed this form before I submitted the Documents, I gave the affiant a copy of the Documents and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.


Dated: August  24 , 2023


Signed:_____

David B. Madoff

**Fill in this information to identify the case:**

Debtor name  **C.W. Keller & Associates, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 24, 2023**          *X* **/s/ Shawn Keller**
                                            Signature of individual signing on behalf of debtor

                                            **Shawn Keller**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **C.W. Keller & Associates, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **4076 Specialty Place, LLC. 6960 Orchard Lake Rd Suite 300A West Bloomfield, MI 48322** | | **Lease Arrears** | | | | $372,583.59 |
| **All Modular Systems, Inc. PO Box 8578 Pasadena, CA 91109-8578** | | **Vendor** | | | | $110,080.01 |
| **American Wood Installers, Inc. 7 Arbutus Court Commack, NY 11725** | | **Vendor** | | | | $698,135.25 |
| **Atlantic Plywood Corp. PO Box 412103 Boston, MA 02241-2103** | | **Vendor** | | | | $73,909.51 |
| **CertainTeed 61 Royal Group Crescent Woodbridge ON L4H 1X9** | | **Vendor** | | | | $72,092.87 |
| **CR Millwork Installation, LLC. 5408 Port Royal Rd, Unit N Springfield, VA 22151** | | **Vendor** | | | | $72,310.00 |
| **Cypress Construction Inc. 590 Burbank Street Suite 250 Broomfield, CO 80020** | | **Vendor** | | | | $148,945.00 |

| Debtor | **C.W. Keller & Associates, LLC** | | | Case number *(if known)* | | | |
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Inner Global Inc.** **16300 Arrow** **Highway** **Suite J** **Irwindale, CA 91706** | | **Customer Deposit** | | | | **$280,000.00** |
| **J.A.J. Co., Inc.** **Masons** **21 Prescott St.** **Medford, MA 02155** | | **Vendor** | | | | **$189,197.00** |
| **Legere Group Ltd.** **80 Darling Drive** **Avon, CT 06001** | | **Vendor** | | | | **$202,882.00** |
| **National Custom** **Millwork** **11417 Somerset** **Avenue** **Beltsville, MD 20705** | | **Vendor** | | | | **$74,107.36** |
| **National Wood** **Products** **PO Bxo 65599** **Salt Lake City, UT** **84165** | | **Vendor** | | | | **$133,539.97** |
| **Navy Island** **275 Marie Avenue, E** **Saint Paul, MN** **55118** | | **Vendor** | | | | **$162,234.60** |
| **NYS Dept of** **Taxation & Finance** **Corp-V** **PO Box 15163** **Albany, NY 12212** | | **Taxes** | | | | **$161,496.93** |
| **Sierra Forest** **Products** **PO Box 25933** **Salt Lake City, UT** **84125** | | **Vendor** | | | | **$159,946.03** |
| **Turf Design** **PO Box 22957** **New York, NY 10087** | | **Vendor** | | | | **$125,509.10** |
| **Unistrut** **International Corp.** **Dept LA21199** **Pasadena, CA 91185** | | **Vendor** | | | | **$171,766.70** |
| **United** **Transportation** **Services** **3300 S. Parker** **Road, Suite 305** **Aurora, CO 80014** | | **Vendor** | | | | **$119,695.00** |

Debtor  **C.W. Keller & Associates, LLC**                                      Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Whitehawk Construction Services, Inc. 23 Marne Street, Rear Hamden, CT 06514** | | **Vendor** | | | | **$834,853.42** |
| **Wurth Louis & Co PO Box 2253 Brea, CA 92822** | | **Vendor** | | | | **$75,888.17** |

**Fill in this information to identify the case:**

Debtor name      **C.W. Keller & Associates, LLC**

United States Bankruptcy Court for the:      DISTRICT OF MASSACHUSETTS

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................    $        **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................................    $        **7,932,679.44**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................................    $        **7,932,679.44**

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **4,646,921.05**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **296,409.51**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **6,882,150.76**

4.    **Total liabilities** .........................................................................................................................
    Lines 2 + 3a + 3b

$    **11,825,481.32**

**Fill in this information to identify the case:**

Debtor name      **C.W. Keller & Associates, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Enterprise Bank** | **Checking-Operating** | 9351 | $211,080.00 |
| 3.2. | **Enterprise Bank** | **Checking-Payroll** | 9364 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $211,080.00 |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **4076 Specialty Place - Lease Deposit** | $60,000.00 |

Debtor    **C.W. Keller & Associates, LLC**                                Case number *(If known)* _____
         Name

| 7.2. | **United Power** | $10,644.66 |
|---|---|---|

| 7.3. | **Material Deposits** | $170,866.14 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                      $241,510.80

<h3>Part 3:      Accounts receivable</h3>

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:        **3,875,343.89**    -    **200,000.00**    = ....    **$3,675,343.89**
                                 face amount             doubtful or uncollectible accounts

11b. Over 90 days old:           **586,494.82**    -    **50,000.00**    =....    **$536,494.82**
                                 face amount             doubtful or uncollectible accounts

12.   **Total of Part 3.**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$4,211,838.71**

<h3>Part 4:      Investments</h3>

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<h3>Part 5:      Inventory, excluding agriculture assets</h3>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>**Raw Materials** | **8/18/2023** | **$447,314.78** | **Liquidation** | **$369,389.66** |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

Debtor    **C.W. Keller & Associates, LLC**                                    Case number *(If known)* _____
           Name

| **Supplies** | **08/18/2023** | **$3,511.80** | **Market** | **$3,511.80** |

---

23.    **Total of Part 5.**                                                          | **$372,901.46** |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ■ Yes. Book value    **39,745.00**   Valuation method   **Liquidation**   Current Value   **27,500.00**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Leased furniture, desks, chair, tables located in Colorado (Leased)** | **$0.00** | **Market** | **$0.00** |
| **Desks, chairs, tables in New Hampshire (Owned)** | **$116,620.00** | **Liquidation** | **$23,324.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, equipment and software** | **$246,871.29** | **Liquidation** | **$130,065.47** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.    **Prints of completed projects** | **$1,000.00** | **Market** | **$500.00** |

43.    **Total of Part 7.**                                                          | **$153,889.47** |
       Add lines 39 through 42.  Copy the total to line 86.

| Debtor | **C.W. Keller & Associates, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2012 Toyota Tundra - 177750 miles** | **$0.00** | **Kelly Blue Book** | **$15,833.00** |
| 47.2.  **2017 Mercedes Spinter Van  49,000 miles** | **$0.00** | **Kelly Blue Book** | **$40,479.00** |
| 47.3.  **2013 Mercedes Sprinter Van  (Leased)** | **$0.00** | **Kelly Blue Book** | **$0.00** |
| 47.4.  **2021 Ford F-150 29,990 miles** | **$0.00** | **Kelly Blue Book** | **$46,106.00** |
| 47.5.  **2021 Cadillac XT5 (Leased)** | **$0.00** | **Kelly Blue Book** | **$0.00** |
| 47.6.  **2006 Volvo V70R  199,619 miles** | **$0.00** | **Kelly Blue Book** | **$2,068.00** |
| 47.7.  **2012 Big Tex Trailer - 18 ft.** | **$0.00** | **Estimated** | **$2,500.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| **Machinery and Equipment** | **$309,138.89** | **Liquidation** | **$250,500.00** |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| **$357,486.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

Debtor    **C.W. Keller & Associates, LLC**                                    Case number *(If known)* _____
              Name

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** <br> www.cwkeller.com | **$0.00** | | **$0.00** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** <br> Customer base | **$0.00** | | **$0.00** |
| 64.    **Other intangibles, or intellectual property** <br> Engineering computational tools | **$0.00** | | **$0.00** |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                    | **$0.00** |
    Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

Debtor    **C.W. Keller & Associates, LLC**                    Case number *(If known)* _____
          Name

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| | **ERTC** | Tax year **2020/2021** | **$2,295,973.00** |
| | **Tax Refund** | Tax year **2022** | **$88,000.00** |
| 73. | **Interests in insurance policies or annuities**<br>**Key-man Term Life Insurance Policies on Principals - No cash Value** | | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | | **$2,383,973.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **C.W. Keller & Associates, LLC**                                     Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$211,080.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$241,510.80** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$4,211,838.71** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$372,901.46** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$153,889.47** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$357,486.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$2,383,973.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$7,932,679.44** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$7,932,679.44** |

**Fill in this information to identify the case:**

Debtor name   **C.W. Keller & Associates, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Banterra Bank**<br>Creditor's Name<br><br>**PO Box 790**<br>**Marion, IL 62959**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Mach 100 Water Jet System** | $96,359.00 | $57,815.00 |

Creditor's email address, if known

Describe the lien
**Equipment Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Enterprise Bank**<br>Creditor's Name<br><br>**55 Main Street**<br>**Salem, NH 03079**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All Asets (except vehicles)** | $4,500,000.00 | $7,302,000.00 |

Creditor's email address, if known

Describe the lien
**All Asset Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred
**6/2022**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**8537**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | C.W. Keller & Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Credit Co.** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**2021 Ford F-150 29,990 miles**

$34,331.05      $46,106.00

**P.O.Box 105704**
**Atlanta, GA 30348-5704**
Creditor's mailing address

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**Ocotber 2020**

**Last 4 digits of account number**
**0692**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Innovation Refunds** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**Employee Retention Credits**

Unknown      $2,295,973.00

**4350 Westown Parkway**
**West Des Moines, IA 50266**
Creditor's mailing address

**Describe the lien**
**Statutory**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Scotchman Credit Corp.** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**Upcut Cold Saw**

$16,231.00      $9,738.00

**180 E US Hwy**
**P.O. Box 850**
**Philip, SD 57567**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Debtor    **C.W. Keller & Associates, LLC**        Case number (if known) _____

_____
Name

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $4,646,921.05

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **C.W. Keller & Associates, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**California Department of Tax & Fee Admin**<br>**PO Box 942879**<br>**Sacramento, CA 94279-7072** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $51,989.86 | $51,989.86 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**City and County of Denver**<br>**Department of Finance**<br>**201 W. Colfax Ave**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,723.00 | $6,723.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **C.W. Keller & Associates, LLC** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address
**Colorado Department of Revenue**

Denver, CO 80261-0008

| As of the petition filing date, the claim is: | $6,237.93 | $6,237.93 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Taxes**

| Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**Florida Dept. of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0125**

| As of the petition filing date, the claim is: | $18,775.93 | $18,755.93 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Taxes**

| Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**Massachusetts Department of Revenue**
**P.O. Box 7041**
**Boston, MA 02204**

| As of the petition filing date, the claim is: | $25,386.50 | $25,386.50 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Taxes**

| Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
**New Hampshire Dept. of Revenue**
**109 Pleasant Street**
**PO Box 3718**
**Concord, NH 03302**

| As of the petition filing date, the claim is: | $102.00 | $102.00 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Sales taxes**

| Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | C.W. Keller & Associates, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161,496.93 | $161,496.93 |
|---|---|---|---|---|

**NYS Dept of Taxation & Finance**
**Corp-V**
**PO Box 15163**
**Albany, NY 12212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,182.86 | $12,182.86 |
|---|---|---|---|---|

**Washington DC - Government**
**Office of Tax and Revenue**
**PO Box 96166**
**Washington, DC 20090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,514.50 | $13,514.50 |
|---|---|---|---|---|

**Weld County Colorado**
**Office of the Treasurer**
**PO Box 458**
**Greeley, CO 80631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372,583.59 |
|---|---|---|---|

**4076 Specialty Place, LLC.**
**6960 Orchard Lake Rd**
**Suite 300A**
**West Bloomfield, MI 48322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:    **Lease Arrears**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,693.61 |
|---|---|---|---|

**A & M Hardware**
**1165 Strickler Rd**
**Mount Joy, PA 17552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:    **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | C.W. Keller & Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,450.00**

**Acapella Craftsmen, Inc.**
101 H St
Suite A
Petaluma, CA 94952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$863.64**

**Adobe**
345 Park Ave.
San Jose, CA 95110-2704

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,215.57**

**Advanced Commercial Installations, Inc.**
590 Burbank Street
Unit 210
Broomfield, CO 80020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.37**

**Advanced Hardware Supply, Inc.**
1268 3600 W
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,600.00**

**Advanced Welding & Design**
6 Draper St.
Woburn, MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Alcam Metal Distributors Inc**
12957 W 43rd Drive
Golden, CO 80403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,080.01**

**All Modular Systems, Inc.**
PO Box 8578
Pasadena, CA 91109-8578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **C.W. Keller & Associates, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,853.00** |
|---|---|---|---|

**All Reach Lighting, LLC**
PO Box 33756
Denver, CO 80233

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,619.81** |
|---|---|---|---|

**All Systems Go, Inc.**
PO Box 2358
Salem, NH 03079

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**Allied Manufacturing Corp.**
1718 Stone Ave.
San Jose, CA 95125

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,217.79** |
|---|---|---|---|

**ALTA Material Handling**
114 Hall Street
Concord, NH 03301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,825.00** |
|---|---|---|---|

**Ameraquin Woodworking, Inc.**
63 Haven Esplanade
Staten Island, NY 10301

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.47** |
|---|---|---|---|

**American Floor Covering Inc.**
88 Prestige Park Circle
East Hartford, CT 06108

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698,135.25** |
|---|---|---|---|

**American Wood Installers, Inc.**
7 Arbutus Court
Commack, NY 11725

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | C.W. Keller & Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $997.36 |
|---|---|---|
| **Applied Adhesives**<br>PO Box 776265<br>Chicago, IL 60677 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,160.00 |
|---|---|---|
| **Architectural Grille**<br>42 Second Avenue<br>Brooklyn, NY 11215 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $411,706.45 |
|---|---|---|
| **Arik Keller**<br>50 Jefferson Street<br>Newburyport, MA 01950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Personal Loan** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223.34 |
|---|---|---|
| **Arnold Machinery Company**<br>P.O. Box 30020<br>Salt Lake City, UT 84130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.55 |
|---|---|---|
| **AT&T**<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,909.51 |
|---|---|---|
| **Atlantic Plywood Corp.**<br>PO Box 412103<br>Boston, MA 02241-2103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,472.50 |
|---|---|---|
| **Austin Iron, LLC**<br>9606 Old Manor Road<br>Austin, TX 78724 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **C.W. Keller & Associates, LLC**                                          Case number (if known) _____
                          Name

| | |
|---|---|
| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |

| | |
|---|---|

**3.24**  Nonpriority creditor's name and mailing address
**B.A.R. Electric Co., Inc.**
**PO Box 190**
**Mead, CO 80542**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25**  Nonpriority creditor's name and mailing address
**Bay State Building Specialties, Inc.**
**144 Lundtquist Drive**
**Braintree, MA 02184**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$69,279.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26**  Nonpriority creditor's name and mailing address
**Black Hills Energy**
**P.O. Box 6001**
**Rapid City, SD 57709-6001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$195.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27**  Nonpriority creditor's name and mailing address
**Broomfield Sheet Metal**
**1367 Horizon Ave**
**Lafayette, CO 80026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,485.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28**  Nonpriority creditor's name and mailing address
**C.R. Laurence Co., Inc.**
**PO BOX 208952**
**Dallas, TX 75320-8952**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$426.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29**  Nonpriority creditor's name and mailing address
**C.R. Onsrud**
**PO Box 419**
**120 Technology Dr.**
**Troutman, NC 28166**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$184.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30**  Nonpriority creditor's name and mailing address
**California Contractors Insurance Service**
**PO Box 278238**
**Sacramento, CA 95827**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$447.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **C.W. Keller & Associates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,463.41** |
|---|---|---|---|

**Cast Advanced Concretes Ltd**
**Building 101, Viscount Road**
**Aviation Business Park West**
**Christchurch Dorset BH23 6NW**
**New Zealand**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,872.50** |
|---|---|---|---|

**Cenacchi International Srl.**
**Via Della Liberta 31**
**Ozzano Dell'Emilia**
**Bologna 40064**
**   KY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.35** |
|---|---|---|---|

**Central Weld County Water District**
**2235 2nd Avenue**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,092.87** |
|---|---|---|---|

**CertainTeed**
**61 Royal Group Crescent**
**Woodbridge**
**ON L4H 1X9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,760.00** |
|---|---|---|---|

**CGTech**
**9000 Research Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,345.79** |
|---|---|---|---|

**Channel Lumber**
**PO Box 4002**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,141.44** |
|---|---|---|---|

**Christine and Shawn Keller**
**29 Munroe St**
**Newburyport, MA 01950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Personal Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | C.W. Keller & Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,077.73**

CIGNA Healthcare
C/O Wells Fargo Bank
DEPT. 59
Denver, CO 80291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,606.77**

Clean Harbors
PO Box 734867
Dallas, TX 75373-4867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

Colorado Custom Stone
601 E. 64th Ave.
Building A
Denver, CO 80229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,107.13**

Commercial Decor Group, Inc.
920 Mendocino Ave.
Santa Rosa, CA 95401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,918.75**

ComTec Solutions
PO Box 8000
Department 751
Buffalo, NY 14267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,796.00**

Cooledge Lighting INC
PO Box 4319
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,310.00**

CR Millwork Installation, LLC.
5408 Port Royal Rd, Unit N
Springfield, VA 22151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | C.W. Keller & Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,945.00 |
|---|---|---|---|

**Cypress Construction Inc.**
590 Burbank Street
Suite 250
Broomfield, CO 80020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,509.70 |
|---|---|---|---|

**Darant Distributing Corporation**
1832 E. 68th Ave
Denver, CO 80229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.50 |
|---|---|---|---|

**Davco Security Systems, Inc.**
PO Box 1208
Saugus, MA 01906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,418.19 |
|---|---|---|---|

**DAVRON, LLC**
8429 Land O Lakes Boulevard
Land O Lakes, FL 34638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,553.41 |
|---|---|---|---|

**Denver Propane Exchange**
PO Box 807
Commerce City, CO 80037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,960.58 |
|---|---|---|---|

**Designtex**
222 Merchanise Mart Plaza
Suite # 303
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,926.15 |
|---|---|---|---|

**Dillmeier Glass Company**
2903 Industrial Park Road
Van Buren, AR 72956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | C.W. Keller & Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,565.90**

**Dimension Hardwood**
**PO Box 59**
**Edon, OH 43518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$949.40**

**Dinosaw**
**340 Power Avenue**
**Hudson, NY 12534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$955.00**

**DNI Heating AC Refrigeration**
**PO Box 565**
**Mead, CO 80542**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,431.15**

**Duffy Crane & Hauling**
**10180 Brighton Rd**
**Henderson, CO 80640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,007.94**

**Duraframe, LLC.**
**610 Salt Rd**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,610.00**

**ECD Metalworks**
**222 Springhill Ln.**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,840.63**

**Eclipse Folding Door Systems**
**7250 Bandini Blvd**
**#107**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | C.W. Keller & Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address

**Edgebanding Services, Inc.**
828 W Cienega Ave
San Dimas, CA 91773

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$32.50**

---

**3.60** | Nonpriority creditor's name and mailing address

**Eklipse architectural Lighting**
2090 Moreau St. #100
Montreal
QC H1W2M3

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$15,260.63**

---

**3.61** | Nonpriority creditor's name and mailing address

**Epicor Software Corporation**
P.O. Box 204768
Dallas, TX 75320-4768

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$15,258.69**

---

**3.62** | Nonpriority creditor's name and mailing address

**Express Toll (E470)**
P.O. Box 5470
Denver, CO 80217-5470

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$79.90**

---

**3.63** | Nonpriority creditor's name and mailing address

**Federated Insurance**
PO Box 95231
Chicago, IL 60694-5231

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,084.12**

---

**3.64** | Nonpriority creditor's name and mailing address

**FedEx**
PO Box 371461
Pittsburgh, PA 15250-7461

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,146.25**

---

**3.65** | Nonpriority creditor's name and mailing address

**Fiske Mobile Hearing Services**
124 Hearthside Dr
Barrington, NH 03825

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

| Debtor | **C.W. Keller & Associates, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$913.03**

**Flow InternationaL Corp**
PO BOX 749647
Los Angeles, CA 90047-9647

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,513.36**

**Formwood Industries, Inc.**
PO BOX 890386
Charlotte, NC 28289-0386

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,887.62**

**Frontier Communications, Corp**
PO BOX 660831
Dallas, TX 75266-0831

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,087.50**

**Galaxy Glass & Stone**
277 Fairfield Road
PO Box 10154
Fairfield, NJ 07004

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.33**

**General Air**
1105 Zuni Street
Denver, CO 80204-3338

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.08**

**Global Industrial**
11 Harbor Park Drive
Port Washington, NY 11050

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$259.84**

**Grapek Bates**
26 Clinton Dr.
Suite 114
Hollis, NH 03049

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **C.W. Keller & Associates, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,522.80** |
|---|---|---|---|

**Hallmark Building Supply, Inc.**
Bin 88970
Milwaukee, WI 53288-0970

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,325.99** |
|---|---|---|---|

**Hardwoods USLP Denver**
PO Box 741685
Los Angeles, CA 90074-1685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hilti, Inc.**
PO Box 70299
Philadelphia, PA 19176-0299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,840.00** |
|---|---|---|---|

**Impact Fire Services LLC**
PO Box 735063
Dallas, TX 75373-5063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$615.00** |
|---|---|---|---|

**Indiana Architectural Plywood**
750 East Park St.
Trafalgar, IN 46181-9741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280,000.00** |
|---|---|---|---|

**Inner Global Inc.**
16300 Arrow Highway
Suite J
Irwindale, CA 91706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$397.94** |
|---|---|---|---|

**Iron Mountain**
PO Box 27128
New York, NY 10087-7128

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | C.W. Keller & Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189,197.00 |

**J.A.J. Co., Inc. Masons**
**21 Prescott St.**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,657.00 |

**J.S. Perrott & Co.**
**2501 SE Columbia Way**
**Suite 150**
**Vancouver, WA 98661**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,146.96 |

**Jesco Lighting Group**
**15 Harbor Park Dr**
**Port Washington, NY 11050**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,226.00 |

**JJ Lane Insurance Agency, Inc.**
**PO Box 389**
**Milton, MA 02186**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,075.00 |

**Johnson O'Connor**
**101 Edgewater Drive**
**Suite 210**
**Wakefield, MA 01880**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,850.00 |

**Jonathan Metal & Glass LTD**
**178-16 104th Avenue**
**Jamaica, NY 11433**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,056.00 |

**Joned Transport Co.**
**16769 Sheridan Parkway, Apt. 105**
**Broomfield, CO 80023**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | C.W. Keller & Associates, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,483.00**

**Kinon Surface Design, Inc.**
**2700 Quanitum Blvd**
**Boynton Beach, FL 33426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Knowles - Cervenka Engineering LLC**
**1232 Castle Avenue**
**Sheboygan, WI 53081**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.80**

**Kyocera**
**One Jewel Drive**
**Wilmington, MA 01887**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,669.08**

**Laird Plastics**
**PO Box 934226**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00**

**Leaf Capital Funding LLC**
**PO Box 5066**
**Hartford, CT 06102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202,882.00**

**Legere Group Ltd.**
**80 Darling Drive**
**Avon, CT 06001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Longero Iron Mountain Industries, Inc.**
**5680 Pecos Street**
**Denver, CO 80221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **C.W. Keller & Associates, LLC**                              Case number (if known) _____
_____
Name

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$421.38** |
|------|---|---|---|

**Lumen**
**PO Box 4918**
**Monroe, LA 71210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,437.00** |
|------|---|---|---|

**Manning Atlantic, Inc.**
**80 Main Street**
**Groveland, MA 01834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$721.00** |
|------|---|---|---|

**Marion Downs Center**
**Hearing Conservation Dept.**
**4280 Hale Parkway**
**Denver, CO 80220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,498.10** |
|------|---|---|---|

**Maxim Crane Works L.P.**
**346 D Street**
**PO Box 357**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,202.22** |
|------|---|---|---|

**Mode Transportation**
**PO Box 654371**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|------|---|---|---|

**Modern Metal Solutions**
**12 Park Avenue**
**Hudson, NH 03051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,107.36** |
|------|---|---|---|

**National Custom Millwork**
**11417 Somerset Avenue**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | C.W. Keller & Associates, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133,539.97** |
|---|---|---|---|
| | **National Wood Products**<br>PO Bxo 65599<br>Salt Lake City, UT 84165 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162,234.60** |
|---|---|---|---|
| | **Navy Island**<br>275 Marie Avenue, E<br>Saint Paul, MN 55118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,616.25** |
|---|---|---|---|
| | **New Level Installation, LLC**<br>9055 Del Camino Lane<br>Longmont, CO 80504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,711.95** |
|---|---|---|---|
| | **NicoNat**<br>2624 Yates Avenue<br>Los Angeles, CA 90040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,514.30** |
|---|---|---|---|
| | **NITCO**<br>PO Box 21918<br>New York, NY 10087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **NJ Division of Taxation**<br>PO Box 281<br>Trenton, NJ 08695 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __For Notice Purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.52** |
|---|---|---|---|
| | **Northeast Delta Dental**<br>PO Box 9566<br>Manchester, NH 03108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **C.W. Keller & Associates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,350.00 |
|---|---|---|---|

**Office Solution Group LLC**
**230 Duffy Avenue**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,105.00 |
|---|---|---|---|

**Onx, Inc.**
**11801 Domain Blvd., Floor 3**
**Suite A143**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,641.04 |
|---|---|---|---|

**Parksite, Inc.**
**PO Box 417337**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,777.10 |
|---|---|---|---|

**Paylocity**
**1400 American Lane**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.15 |
|---|---|---|---|

**Pitney Bowes**
**3001 Summer Street**
**Stamford, CT 06926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,170.00 |
|---|---|---|---|

**Post Road Iron Works**
**345 West Putnam Avenue**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,107.12 |
|---|---|---|---|

**Precision Knife & Tool, LLC**
**200 Commerce Drive, Suite B**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | C.W. Keller & Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,784.00** |
|---|---|---|---|

**Premier Flooring LLC**
**236 Sweet Valley Court**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,095.00** |
|---|---|---|---|

**Premium Powder Coating**
**1850 Lefthand Circle**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Quality Door & Hardware**
**780 Railroad Avenue**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,216.00** |
|---|---|---|---|

**Quality Logistics LLC**
**3340 S. Zuni Street**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Regal Finishing Corp.**
**789 East 139th Street**
**Bronx, NY 10454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Republic Services**
**PO Box 9001099**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.63** |
|---|---|---|---|

**Richelieu America LTD**
**237 N River Road, Suite 2**
**Mount Clemens, MI 48043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **C.W. Keller & Associates, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,262.76**

**Safeway Logistics**
**2828 N. Emerson Avenue**
**Suite A**
**Indianapolis, IN 46218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,100.58**

**Sears Trostel Lumber & Millwork**
**125 Airpark Drive**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,040.40**

**Securitas Technology Corporation**
**8350 Sunlight Drive**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00**

**SGS North America, Inc.**
**96 Allen Boulevard, Suite D**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,236.83**

**Sherwin Williams**
**Foundry Street, Bldg. 1**
**Accts. Rec. Dept.**
**Lowell, MA 01852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159,946.03**

**Sierra Forest Products**
**PO Box 25933**
**Salt Lake City, UT 84125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,755.80**

**Simpson Gumpertz & Heger**
**PO Box 842476**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __C.W. Keller & Associates, LLC_____   Case number (if known) _____
     Name

| | | |
|---|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,605.75** |

**Solid Grounds, Inc.**
**1885 Vista View Drive, Unit A**
**Longmont, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,241.40** |

**Spellman Hardwoods, Inc.**
**4645 N. 43rd Avenue**
**Phoenix, AZ 85031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,868.00** |

**Spinnaker Realty Trust**
**PO Box 7160**
**Portland, ME 04112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,037,544.51** |

**Spinnaker Realty Trust**
**9 Hale Spring Road**
**Plaistow, NH 03865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/2022__

Last 4 digits of account number __8556__

Basis for the claim: __9 Hale Street, Plaistow, NH__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$741.41** |

**State Compensation Insurance Fund**
**PO Box 51092**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,200.00** |

**Stream Logistics**
**6220 East Thomas Road, Suite 200**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,526.68** |

**Stylmark, Inc.**
**Lockbox #170088**
**PO Box 9201**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | C.W. Keller & Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.00 |
|---|---|---|---|

**Summit Law Solutions**
**3900 E. Mexico Avenue**
**Suite 300**
**Denver, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,660.00 |
|---|---|---|---|

**Texas Commercial Glazing**
**2013 Centimeter Circle**
**Rutland 13, Suite B**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**The Kleingers Group, Inc dba TrueScan**
**6219 Centre Park Drive**
**West Chester, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $831.50 |
|---|---|---|---|

**The Pinetree Group, LLC**
**301 N 15th Street**
**Colorado Springs, CO 80904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188.00 |
|---|---|---|---|

**Time Payment Corp.**
**200 Summit Drive, Suite 100**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,400.00 |
|---|---|---|---|

**Titan Worldwide**
**16410 Bloomfield Avenue**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.42 |
|---|---|---|---|

**Total Filtration Services**
**13002 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

Debtor   **C.W. Keller & Associates, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,150.00** |
|---|---|---|---|

**TruePoint Laser Scanning**
PO Box 932
Toledo, OH 43697

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,110.71** |
|---|---|---|---|

**Trumpcard**
6349 Paseo Del Lago
Carlsbad, CA 92011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,509.10** |
|---|---|---|---|

**Turf Design**
PO Box 22957
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$731.17** |
|---|---|---|---|

**Unifirst+**
3499 Rider Trail South
Earth City, MO 63045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171,766.70** |
|---|---|---|---|

**Unistrut International Corp.**
Dept LA21199
Pasadena, CA 91185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,242.00** |
|---|---|---|---|

**Unistrut Midwest**
1201 Hills South Drive
Cincinnati, OH 45215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,444.53** |
|---|---|---|---|

**United Power**
500 Cooperative Way
Brighton, CO 80603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **C.W. Keller & Associates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,695.00** |

**United Transportation Services**
3300 S. Parker Road, Suite 305
Aurora, CO 80014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,553.65** |

**Unitil**
P.O. Box 981010
Boston, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,081.13** |

**UPS Supply Chain Solutions, Inc.**
28013 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,792.35** |

**Veolia Environmental Services**
9131 E. 96th Avenue
Henderson, CO 80640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,372.18** |

**Video Tronix Inc.**
401 WEst Travelers Trail
Burnsville, MN 55337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,073.99** |

**Waste Management of NH**
PO Box 13648
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,497.50** |

**Weld-Wright Fabricators**
4004 So. Clay Street
Englewood, CO 80110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **C.W. Keller & Associates, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,652.52 |
|---|---|---|---|

**Western Disposal Services**
**PO Box 174466**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.87 |
|---|---|---|---|

**Western Tool & Supply Co.**
**LA Lockbox 22504**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $834,853.42 |
|---|---|---|---|

**Whitehawk Construction Services, Inc.**
**23 Marne Street, Rear**
**Hamden, CT 06514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,888.17 |
|---|---|---|---|

**Wurth Louis & Co**
**PO Box 2253**
**Brea, CA 92822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 296,409.51 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,882,150.76 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 7,178,560.27 |

**Fill in this information to identify the case:**

Debtor name    **C.W. Keller & Associates, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease of real property and equipment (Colorado)** |
| State the term remaining | |
| List the contract number of any government contract | **4076 Specialty Place, LLC.**<br>**6960 Orchard Lake Rd**<br>**Suite 300A**<br>**West Bloomfield, MI 48322** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Armstrong Teasdale - DC** |
| State the term remaining | |
| List the contract number of any government contract | **Armstrong Teasdale**<br>**210 Main Street**<br>**Salt Lake City, UT 84101** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Armstrong Teasdale - Salt Lake City** |
| State the term remaining | |
| List the contract number of any government contract | **Armstrong Teasdale**<br>**210 Main Street**<br>**Salt Lake City, UT 84101** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **Chanel Walnut Creek** |
| State the term remaining | |
| List the contract number of any government contract | **Chanel Inc.**<br>**15 East 57th Street**<br>**New York, NY 10022** |

Debtor 1   **C.W. Keller & Associates, LLC**                                              Case number (*if known*) _____
                First Name          Middle Name          Last Name

<span style="background:#3a0a3a">    </span>   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Chanel Beverly Hills** | |
| State the term remaining | **Chanel Inc.** |
| List the contract number of any government contract | **15 East 57th Street** **New York, NY 10022** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Chanel The Garden** | |
| State the term remaining | **Chanel Inc.** |
| List the contract number of any government contract | **15 East 57th Street** **New York, NY 10022** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **NEB Garden (New England Bio Lab)** | |
| State the term remaining | **Columbia Construction** |
| List the contract number of any government contract | **100 Riverpark Drive** **North Reading, MA 01864** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Google Charleston East** | |
| State the term remaining | **Devcon Construction** |
| List the contract number of any government contract | **690 Gibraltar Drive** **Milpitas, CA 95035** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Google San Diego Expansion** | |
| State the term remaining | **DPR Construction** |
| List the contract number of any government contract | **5010 Shoreham Place, Suite 100** **San Diego, CA 92122** |

Debtor 1  **C.W. Keller & Associates, LLC**
_____    Case number (*if known*) _____
First Name      Middle Name      Last Name



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | **Mt. Sinai Facade** |
| State the term remaining | |
| List the contract number of any government contract | **Gate Precast** <br> **810 Sawdust Trail** <br> **Kissimmee, FL 34744** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | **Joslyn Museum UHPC - MOCK UP** |
| State the term remaining | |
| List the contract number of any government contract | **Gate Precast Co.** <br> **1 Bluegrass Drive** <br> **Ashland City, TN 37015** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Mt. Sinai Facade - Mockup** |
| State the term remaining | |
| List the contract number of any government contract | **Gate Prescott** <br> **810 Sawdust Trail** <br> **Kissimmee, FL 34744** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Lease of Cadillac** |
| State the term remaining | |
| List the contract number of any government contract | **GM Financing** <br> **P.O. Box 183834** <br> **Arlington, TX 76096** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **730 15th Street (Milken Full Project)** |
| State the term remaining | |
| List the contract number of any government contract | **Grunley Construction** <br> **15020 Shady Grove Road** <br> **Rockville, MD 20850** |

Debtor 1    **C.W. Keller & Associates, LLC**                                    Case number (*if known*) _____
            First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Milden Phase 2** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grunley Construction**<br>**15020 Shady Grove Road**<br>**Rockville, MD 20850** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Milken Phase 2 - Medial Wall** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grunley Construction**<br>**15020 Shady Grove Road**<br>**Rockville, MD 20850** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **British Embassy Radiator Covers** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grunley Construction**<br>**15020 Shady Grove Road**<br>**Rockville, MD 20850** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lucas Museum** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hathaway Dinwiddle**<br>**811 Wilshire Blvd., Suite 1500**<br>**Los Angeles, CA 90017** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **OSU Arts & Education Complex** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hoffman Construction**<br>**805 SW Broadway, Suite 2100**<br>**Portland, OR 97205** |

Debtor 1   **C.W. Keller & Associates, LLC**                                    Case number (*if known*) _____
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **White & Case LLP** | |
|---|---|---|---|
| | State the term remaining | | **JRM Construction - New York**<br>**242 W 36th Street**<br>**New York, NY 10018** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Joslyn Museum Interior Millwork** | |
|---|---|---|---|
| | State the term remaining | | **Kiewit**<br>**1926 S 67th Street, #300**<br>**Omaha, NE 68106** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Boston Childrens** | |
|---|---|---|---|
| | State the term remaining | | **MillworkOne**<br>**60 Kenney Drive**<br>**Cranston, RI 02920** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **1740 Broadway Atrium** | |
|---|---|---|---|
| | State the term remaining | | **Mortenson**<br>**1621 18th Street, Suite 400**<br>**Denver, CO 80202** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Latham Watkins Stair** | |
|---|---|---|---|
| | State the term remaining | | **NOVO Construction**<br>**1605 Canterbury Street**<br>**Austin, TX 78702** |
| | List the contract number of any government contract | | |

Debtor 1   **C.W. Keller & Associates, LLC**                                Case number *(if known)*  _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest    **3780 Wood Valley** | |
| State the term remaining | **Reiter Construction** |
| List the contract number of any government contract | **PO Box 917** **Kenwood, CA 95452** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest    **Coors Field Suites Renovatoin** | |
| State the term remaining | **Shawmut Design - Denver** |
| List the contract number of any government contract | **560 Harrison Avenue** **Boston, MA 02118** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest    **NYU 181 Mercer** | |
| State the term remaining | **Sightline Commercial Solutions** |
| List the contract number of any government contract | **6008 Northland Drive** **Minneapolis, MN 55428** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest    **Commercial Lease or Real Property (New Hampshire)** | |
| State the term remaining | **Spinnaker Realty Trust** |
| List the contract number of any government contract | **9 Hale Spring Road** **Plaistow, NH 03865** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest    **Art Studios** | |
| State the term remaining | **Sprung Construction** |
| List the contract number of any government contract | **2500 Larimer Street, #104** **Denver, CO 80205** |

Debtor 1  **C.W. Keller & Associates, LLC**                                    Case number (*if known*) _____
    First Name      Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **1576 Sherman** | |
|---|---|---|---|
| | State the term remaining | | **Sprung Construction** |
| | List the contract number of any government contract | | **2500 Larimer Street, #104** |
| | | | **Denver, CO 80205** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Google F2K1-5CC Connector** | |
|---|---|---|---|
| | State the term remaining | | **StructureTone, Inc.** |
| | List the contract number of any government contract | | **40 Broad Street** |
| | | | **Boston, MA 02109** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Google F2QL 5CC 4-5 Floor Renovation** | |
|---|---|---|---|
| | State the term remaining | | **StructureTone, Inc.** |
| | List the contract number of any government contract | | **40 Broad Street** |
| | | | **Boston, MA 02109** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **601 Congress Street - LEED** | |
|---|---|---|---|
| | State the term remaining | | **The Richmond Group, Inc.** |
| | List the contract number of any government contract | | **77 Main Street #8** |
| | | | **Hopkinton, MA 01748** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **NYU 181 Mercer** | |
|---|---|---|---|
| | State the term remaining | | **Turner Construction** |
| | List the contract number of any government contract | | **66 Hudson Blvd.** |
| | | | **New York, NY 10001** |

Debtor 1    **C.W. Keller & Associates, LLC**                                Case number (*if known*) _____
            First Name         Middle Name         Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Prudential Center Visitor Experience** | |
| State the term remaining | **Turner Construction - Boston 2 Seaport Lane, #200 Boston, MA 02210** |
| List the contract number of any government contract | |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Chase Sapphire Lounge** | |
| State the term remaining | **Turner Construction Boston 2 Seaport Lane #200 Boston, MA 02210** |
| List the contract number of any government contract | |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest — **JPMC Shapphire Lounge** | |
| State the term remaining | **Turner Construction NYC 66 Hudson Blvd . E New York, NY 10001** |
| List the contract number of any government contract | |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Seattle Aquarium Archipelago** | |
| State the term remaining | **Turner Construction Seattle 830 4th Ave S, #300 Seattle, WA 98134** |
| List the contract number of any government contract | |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Seattle Aquarium Ocean Pavillion** | |
| State the term remaining | **Turner Construction Seattle 830 4th Ave S, #300 Seattle, WA 98134** |
| List the contract number of any government contract | |

Debtor 1   **C.W. Keller & Associates, LLC**                                        Case number *(if known)* _____
    First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.40. State what the contract or lease is for and the nature of the debtor's interest    **Suny Silverman Hall** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Upstate Companies LLC** <br> **1690 State Highway 8** <br> **Mount Upton, NY 13809** |
| 2.41. State what the contract or lease is for and the nature of the debtor's interest    **Google Varsity** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Whiting-Turner Contracting Co** <br> **1 Lakeside Commons** <br> **990 Hammond Drive, Suite 1100** <br> **Atlanta, GA 30328** |
| 2.42. State what the contract or lease is for and the nature of the debtor's interest    **Bayview Day 2** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Whiting-Turner Contracting Co** <br> **4690 Chabot Drive, Suite 120** <br> **Pleasanton, CA 94588** |

**Fill in this information to identify the case:**

Debtor name      **C.W. Keller & Associates, LLC**

United States Bankruptcy Court for the:      DISTRICT OF MASSACHUSETTS

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                             Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Arik Keller** | **50 Jefferson Street**<br>**Newburyport, MA 01950** | **Enterprise Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **CW Keller Holdings Co.** | **29 Monroe Street**<br>**Newburyport, MA 01950** | **Enterprise Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Shawn Keller** | **29 Monroe Street**<br>**Newburyport, MA 01950** | **Enterprise Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Shawn Keller** | **29 Monroe Street**<br>**Newburyport, MA 01950** | **Scotchman Credit Corp.** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Shawn Keller** | **29 Monroe Street**<br>**Newburyport, MA 01950** | **Banterra Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **C.W. Keller & Associates, LLC** | Case number *(if known)* | |
|---|---|---|---|

**█ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Spinaker Realty Trust** | **9 Hale Spring Road Plaistow, NH 03865** | **Enterprise Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Trevor Ryan** | **1609 Sauk Road Loveland, CO 80537** | **Scotchman Credit Corp.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Trevor Ryan** | **1609 Sauk Road Loveland, CO 80537** | **Banterra Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name **C.W. Keller & Associates, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,056,193.00** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$27,872,798.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$17,434,575.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    C.W. Keller & Associates, LLC _____      Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **See Attached Schedule** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Charles Keller**<br><br>**Relative** | **Regular payments** | **$34,615.44** | **Salary** |
| 4.2. | **Shawn Keller**<br><br>**Manager, Member** | **Regular payments** | **$205,366.05** | **Salary** |
| 4.3. | **Trevor Ryan**<br><br>**Manager, Member** | **Regular Payments** | **$203,226.84** | **Salary** |
| 4.4. | **Arik Keller**<br><br>**Member** | **2/8/2023** | **$250,477.67** | **Loan to make payroll, repaid within the same week** |
| 4.5. | **Charles Keller**<br><br>**Relative** | **Various** | **$8,132.00** | **Loan rpayment** |
| 4.6. | **Spinnaker Realty Trust**<br><br>**Insider** | **Monthly** | **$75,500.00** | **Rent** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

| Debtor | C.W. Keller & Associates, LLC | Case number *(if known)* |
|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title
Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?
Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **White and Williams LLP
101 Arch Street, Suite 1930
Boston, MA 02110** | | **August 10-23, 2023** | **$55,225.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   **C.W. Keller & Associates, LLC** _____   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Madoff & Khoury LLP 124 Washington Street, Suite 202 Foxborough, MA 02035** | | **August 22-23, 2023** | **$46,738.00** |
| | **Email or website address alston@mandkllp.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Charles Keller** | **Salary** | **8/19/21 through 8/17/22** | **$72,115.50** |
| | **Relationship to debtor Relative** | | | |
| 13.2. | **Shawn Keller** | **Salary** | **Regular payments** | **$186,387.74** |
| | **Relationship to debtor Manager, Member** | | | |
| 13.3. | **Shawn Keller** | **Income Tax Payment** | **4/14/2022** | **$102,200.00** |
| | **Relationship to debtor Manager, Member** | | | |
| 13.4. | **Shawn Keller** | **Loan Repayment** | **3/15/2022** | **$25,000.00** |
| | **Relationship to debtor Manager, Member** | | | |

Debtor     **C.W. Keller & Associates, LLC** _____   Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.5. | **Arik Keller** | **Stock Redemption** | **9/10/2021** | **$100,000.00** |
| | **Relationship to debtor** **Member** | | | |
| 13.6 | **Arik Keller** | **Income Tax Payment** | **4/14/2022** | **$43,800.00** |
| | **Relationship to debtor** **Member** | | | |
| 13.7. | **Arik Keller** | **Loan repayment** | **8/23/21 to 8/22/22** | **$0.00** |
| | **Relationship to debtor** **Member** | | | |
| 13.8. | **Arik Keller** | **Loan to cover payroll repaid in same week** | **7/29/22** | **$250,500.00** |
| | **Relationship to debtor** **Member** | | | |
| 13.9 | **Charles Keller** | **Loan repayment** | **Various in 2022** | **$18,297.00** |
| | **Relationship to debtor** **Relative** | | | |

**Part 7:**  **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **4076 Specialty Place** **Longmont, CO** | **This is current address of factory** |

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|

**Part 9:**  **Personally Identifiable Information**

Debtor    **C.W. Keller & Associates, LLC**_____    Case number *(if known)*_____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

> ☐ No Go to Part 10.
> ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **CW Keller 401(k) with John Hancock Life Ins. Co.** | EIN: |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    **C.W. Keller & Associates, LLC** _____  Case number *(if known)* _____

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■  No.
    ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Johnson O'Connor Feron and Carucci LLP**<br>**101 Edgewater Drive, Suite 201**<br>**Wakefield, MA 01880** | **2019-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Debtor    C.W. Keller & Associates, LLC _____    Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Worldwide Advisory Services, LLC** | **2014-2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Enterprise Bank**<br>**222 Merrimack Street**<br>**Lowell, MA 01852** |
| 26d.2.    **Various General Contractors**<br>**See Exhibit G** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Shawn Keller** | **8/18/2023** | **2022-  $51,232**<br>**2023-  $37,000** |
| **Name and address of the person who has possession of inventory records**<br>**CW Keller & Associates LLC**<br>**9 Hale Spring Road**<br>**Plaistow, NH 03865** | | |
| 27.2.    **Trevor Ryan** | **8/18/2023** | **2022- $620,289.09**<br>**2023- $410,314.78** |
| **Name and address of the person who has possession of inventory records**<br>**CW Keller & Associates**<br>**4076 Specialty Place**<br>**Longmont, CO 80504** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Shawn Keller** | **29 Monroe Street**<br>**Newburyport, MA 01950** | **President** | **35.7 (via C.W. Keller Holding Co., Inc.)** |

Debtor   **C.W. Keller & Associates, LLC** _____   Case number _(if known)_ _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| Trevor Ryan | 1609 Sauk Road<br>Loveland, CO 80537 | Managing Partner | 49 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| Arik Keller | 50 Jefferson Street<br>Newburyport, MA 01950 | Secretary | 15.3 (via C.W. Keller Holding Co.) |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **See Response to SOFA #4** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|-----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| **CW Keller 401(K)** | **EIN:** |

Debtor    **C.W. Keller & Associates, LLC**                                     Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 24, 2023**

**/s/ Shawn Keller**                                **Shawn Keller**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

| Name | Date | Payment Amount |
|---|---|---|
| 3Form | 8/9/2023 | 10814.69 |
| Abby Woodman | 5/31/2023 | 1252.67 |
| Accuride International Inc. | 5/31/2023 | 3156.16 |
| Accuride International Inc. | 7/31/2023 | 132.46 |
| Ace Hardware | 6/30/2023 | 4.31 |
| Acoustical Solutions | 6/30/2023 | 285.92 |
| ADAtoekick.com | 5/31/2023 | 63.69 |
| Advanced Commercial Installations, Inc. | 5/26/2023 | 20000 |
| Airtable | 5/31/2023 | 216 |
| Airtable | 6/30/2023 | 176.95 |
| Airtable | 7/31/2023 | 125.93 |
| Alison Reeves | 5/31/2023 | 61.16 |
| All Modular Systems, Inc. | 7/6/2023 | 20000 |
| All Systems Go, Inc. | 6/30/2023 | 1000 |
| All Systems Go, Inc. | 7/7/2023 | 2000 |
| All Systems Go, Inc. | 7/13/2023 | 2000 |
| All Systems Go, Inc. | 7/21/2023 | 2000 |
| All Systems Go, Inc. | 8/18/2023 | 2000 |
| All Systems Go, Inc. | 7/21/2023 | 797.99 |
| All Systems Go, Inc. | 7/28/2023 | 2000 |
| All Systems Go, Inc. | 8/11/2023 | 4000 |
| All Systems Go, Inc. | 7/11/2023 | 210.09 |
| All Systems Go, Inc. | 7/20/2023 | 3457.16 |
| All Systems Go, Inc. | 8/11/2023 | 3457.16 |
| Amazon.com | 5/31/2023 | 5006.39 |
| Amazon.com | 6/30/2023 | 2175.55 |
| American Floor Covering Inc. | 7/7/2023 | 73606.23 |
| American Floor Covering Inc. | 8/9/2023 | 15498 |
| American Wood Installers, Inc. | 6/15/2023 | 137348.09 |
| American Wood Installers, Inc. | 6/22/2023 | 200000 |
| American Wood Installers, Inc. | 7/18/2023 | 75000 |
| American Wood Installers, Inc. | 7/28/2023 | 50000 |
| American Wood Installers, Inc. | 8/10/2023 | 50000 |
| Applied Adhesives | 7/7/2023 | 2010.76 |
| Arch Hardware | 6/30/2023 | 252.88 |
| Architectural Grille | 5/31/2023 | 42330 |
| Architectural Grille | 6/16/2023 | 18885 |
| Arik Keller | 6/14/2023 | 14091.02 |
| Arik Keller | 7/7/2023 | 28182.04 |
| Armstrong | 5/22/2023 | 930 |
| AT&T | 6/15/2023 | 368.66 |
| AT&T | 7/5/2023 | 368.66 |
| AT&T | 8/3/2023 | 368.66 |
| Atlantic Plywood Corp. | 6/30/2023 | 10000 |
| Austin Iron, LLC | 7/6/2023 | 39752.5 |
| Auto Paint Supply | 6/30/2023 | 1604.47 |

| | | |
|---|---|---|
| Autodesk | 6/30/2023 | 2525 |
| Ballew Saw And Tool | 6/30/2023 | 316.84 |
| Ballew Saw And Tool | 7/31/2023 | 1348.66 |
| BandSawBladesDirect.com | 5/31/2023 | 277.81 |
| Banterra Bank-Machine Tool | 5/24/2023 | 2019.5 |
| Banterra Bank-Machine Tool | 6/26/2023 | 2019.5 |
| Banterra Bank-Machine Tool | 7/26/2023 | 2019.5 |
| Banterra Bank-Machine Tool | 8/24/2023 | 2019.5 |
| Barton International | 6/30/2023 | 1607.3 |
| Barton Solvents | 5/31/2023 | 1616.77 |
| Barton Solvents | 6/30/2023 | 1109.39 |
| Barton Solvents | 7/31/2023 | 991.56 |
| Batteries + Bulbs | 5/31/2023 | 82.6 |
| Belt Power, LLC | 7/31/2023 | 492.69 |
| Bill Carr | 8/10/2023 | 1480.96 |
| Black Hills Energy | 6/15/2023 | 4178 |
| Black Hills Energy | 6/26/2023 | 1571.78 |
| Black Hills Energy | 7/26/2023 | 798.66 |
| Black Hills Energy | 8/23/2023 | 195.53 |
| Bluebeam, A Nemetschek Company | 5/31/2023 | 3000 |
| Bodeker Fixtures | 7/12/2023 | 4435.2 |
| Bolt Depot | 5/31/2023 | 2650.69 |
| Bolt Depot | 6/30/2023 | 618.34 |
| Bolt Depot | 7/31/2023 | 486.43 |
| Brakes Plus | 6/30/2023 | 160.95 |
| Bridgewood Design LLC (Cutlist Plus) | 5/31/2023 | 361.05 |
| Bron Tapes | 7/31/2023 | 1002.98 |
| Broomfield Sheet Metal | 7/7/2023 | 2476 |
| Build.com | 7/31/2023 | 25.39 |
| C.R. Laurence Co., Inc. | 7/15/2023 | 1298.47 |
| C.R. Laurence Co., Inc. | 7/21/2023 | 1245.61 |
| C.R. Laurence Co., Inc. | 7/28/2023 | 912.45 |
| California Department of Tax & Fee Administration | 6/12/2023 | 17808.17 |
| California Department of Tax & Fee Administration | 7/12/2023 | 17808.17 |
| California Department of Tax & Fee Administration | 8/11/2023 | 17808.17 |
| Carvart Glass, Inc. | 6/14/2023 | 277694.5 |
| Carvart Glass, Inc. | 7/7/2023 | 36422 |
| Cary Gonzales | 5/31/2023 | 14.97 |
| CDTooling.com | 7/31/2023 | 794.46 |
| CED Longmont | 6/30/2023 | 416 |
| Cenacchi International Srl. | 7/7/2023 | 22625 |
| Centerline Bracket | 5/31/2023 | 830.52 |
| Centerline Bracket | 7/31/2023 | 1179.03 |
| Central Weld County Water District | 6/21/2023 | 311.35 |
| Central Weld County Water District | 7/19/2023 | 388.85 |
| Central Weld County Water District | 8/18/2023 | 391.85 |
| CertainTeed | 6/2/2023 | 20000 |

| | | |
|---|---|---|
| CertainTeed | 6/30/2023 | 3135 |
| CIGNA Healthcare | 5/22/2023 | 56374.28 |
| CIGNA Healthcare | 6/21/2023 | 58519.68 |
| CIGNA Healthcare | 6/21/2023 | 2879.26 |
| CIGNA Healthcare | 7/13/2023 | 3786.05 |
| CIGNA Healthcare | 7/20/2023 | 52183.01 |
| CIGNA Healthcare | 8/14/2023 | 2654.69 |
| CIGNA Healthcare | 8/22/2023 | 51423.04 |
| City and County of Denver Department of Finance | 7/17/2023 | 5137 |
| Colonial Life | 6/16/2023 | 362.76 |
| Colonial Life | 7/18/2023 | 325.66 |
| Colonial Life | 8/16/2023 | 325.66 |
| Colorado Custom Stone | 7/5/2023 | 82251.73 |
| Colorado Custom Stone | 7/7/2023 | 24082 |
| Colorado Custom Stone | 7/18/2023 | 116592.9 |
| Colorado Department of Public Health & Environme | 6/6/2023 | 691 |
| Colors2u LLC | 5/31/2023 | 21.02 |
| Commercial Decor Group, Inc. | 6/30/2023 | 2500 |
| Commonwealth of Massachusetts | 7/18/2023 | 31 |
| ComTec Solutions | 5/26/2023 | 601.25 |
| Concrete Fasteners | 7/31/2023 | 1001.25 |
| Consolidated Communications | 6/13/2023 | 185.59 |
| Consolidated Communications | 6/15/2023 | 185.59 |
| Consolidated Communications | 6/13/2023 | 185.59 |
| Consolidated Communications | 7/18/2023 | 185.59 |
| Consolidated Communications | 8/18/2023 | 246.8 |
| CR Millwork Installation, LLC. | 6/21/2023 | 20000 |
| CR Millwork Installation, LLC. | 8/18/2023 | 10000 |
| Crescent Electric Supply Company | 5/31/2023 | 335.63 |
| Darant Distributing Corporation | 6/2/2023 | 5867.49 |
| Davco Security Systems, Inc. | 7/28/2023 | 220.5 |
| DAVRON, LLC | 5/25/2023 | 1946.15 |
| DAVRON, LLC | 6/1/2023 | 3450 |
| DAVRON, LLC | 6/30/2023 | 3450 |
| DAVRON, LLC | 7/13/2023 | 1946.15 |
| DAVRON, LLC | 7/21/2023 | 1503.85 |
| DC Distributing | 6/30/2023 | 294.37 |
| DC Distributing | 7/31/2023 | 996.8 |
| DenCol Supply | 5/31/2023 | 5676.73 |
| DenCol Supply | 7/31/2023 | 2761.36 |
| Denis Goupil | 8/23/2023 | 627.25 |
| Diamond Vogel - 150 | 5/31/2023 | 111.64 |
| Diamond Vogel - 150 | 6/30/2023 | 224.92 |
| DK Hardware Supply | 6/30/2023 | 214.47 |
| DK Hardware Supply | 7/31/2023 | 202.53 |
| Doug Mockett & Co., Inc. | 5/31/2023 | 62.65 |
| Doug Mockett & Co., Inc. | 6/30/2023 | 288.94 |

| | | |
|---|---|---|
| Dropbox | 5/31/2023 | 20 |
| Ebay.com | 7/31/2023 | 119.03 |
| ECD Metalworks | 6/20/2023 | 9912.36 |
| ECD Metalworks | 7/13/2023 | 5000 |
| Edgebanding Services, Inc. | 6/30/2023 | 1695.58 |
| Elevated Industrial Solutions | 6/30/2023 | 319.04 |
| Empire Abrasives | 5/31/2023 | 1169.36 |
| English Color & Supply | 5/31/2023 | 454.78 |
| English Color & Supply | 7/31/2023 | 110.46 |
| Enterprise Bank | 6/1/2023 | 7579.29 |
| Enterprise Bank | 8/1/2023 | 7579.29 |
| Enterprise Bank | 7/3/2023 | 7579.29 |
| Epicor Software Corporation | 5/26/2023 | 5863 |
| Epicor Software Corporation | 7/7/2023 | 6593.2 |
| Erickson Metals Colorado | 5/31/2023 | 8491.92 |
| Erickson Metals Colorado | 6/30/2023 | 1035 |
| Erickson Metals Colorado | 7/31/2023 | 11378.64 |
| Erie Coffee Roasters, LLC | 5/23/2023 | 571.1 |
| Erie Coffee Roasters, LLC | 7/7/2023 | 343.79 |
| Erie Coffee Roasters, LLC | 8/23/2023 | 411.6 |
| E-Z Pass | 7/31/2023 | 280 |
| Fastenal Company | 5/31/2023 | 1625.73 |
| Fastenal Company | 6/30/2023 | 120.95 |
| Fastenal Company | 7/31/2023 | 137.24 |
| Fastener SuperStore, Inc. | 6/30/2023 | 1227.93 |
| Fastool Inc. | 7/31/2023 | 424.74 |
| Federal Brace | 7/31/2023 | 194.12 |
| Federated Insurance | 6/1/2023 | 27801 |
| Federated Insurance | 7/3/2023 | 24839.87 |
| Federated Insurance | 7/12/2023 | 7082.35 |
| Federated Insurance | 6/1/2023 | 47368.85 |
| Federated Insurance | 6/14/2023 | 43.68 |
| Federated Insurance | 8/21/2023 | 24839.87 |
| Federated Insurance | 8/23/2023 | 2084.12 |
| FedEx | 5/26/2023 | 2389.24 |
| FedEx | 6/30/2023 | 7227.83 |
| Ford Credit | 5/23/2023 | 927.87 |
| Ford Credit | 5/23/2023 | 927.87 |
| Ford Credit | 7/18/2023 | 927.87 |
| Ford Credit | 7/18/2023 | 927.87 |
| Ford Credit | 8/16/2023 | 927.87 |
| Frama-Tech | 6/30/2023 | 610.55 |
| Frontier Business Products | 8/23/2023 | 9 |
| Frontier Communications, Corp | 7/7/2023 | 695.05 |
| Fry Reglet Corporation | 5/31/2023 | 441.36 |
| Gage Architectural Products | 6/2/2023 | 3445 |
| Gage Architectural Products | 7/7/2023 | 3470.93 |

| | | |
|---|---|---|
| Gas Station | 5/31/2023 | 73.62 |
| Gas Station | 6/30/2023 | 64.77 |
| Gas Station | 7/31/2023 | 63.16 |
| General Air | 5/26/2023 | 9109.94 |
| General Air | 5/30/2023 | 1091.49 |
| General Air | 7/12/2023 | 2796.88 |
| Glaz-Tech Industries | 7/31/2023 | 175.4 |
| Global Industrial | 7/31/2023 | 57.08 |
| Grainger | 5/31/2023 | 239.12 |
| Grainger | 6/30/2023 | 336.17 |
| Grainger | 7/31/2023 | 357.4 |
| Grapek Bates | 5/31/2023 | 226.25 |
| Grapek Bates | 6/30/2023 | 306.9 |
| Greenline West, LLC. | 5/23/2023 | 11325 |
| Greg Coleman | 5/31/2023 | 222.8 |
| Hafele | 7/20/2023 | 5845.39 |
| Harbor Freight Tools | 7/31/2023 | 21.72 |
| Hardwarehut | 5/31/2023 | 366.23 |
| Hardwarehut | 6/30/2023 | 485.5 |
| Hardwoods USLP Denver | 5/25/2023 | 4915 |
| Hardwoods USLP Denver | 6/30/2023 | 2697.3 |
| Hercules Industries | 5/31/2023 | 942.34 |
| Hilti, Inc. | 5/31/2023 | 616.54 |
| Hilti, Inc. | 6/30/2023 | 163.32 |
| Home Depot | 5/31/2023 | 2663.08 |
| Home Depot | 6/30/2023 | 1816.92 |
| Home Depot | 7/31/2023 | 2832.54 |
| Impact Fire Services LLC | 5/26/2023 | 1015.26 |
| Indeed | 5/31/2023 | 7767 |
| Indeed | 6/30/2023 | 2220 |
| Indeed | 7/31/2023 | 604 |
| Indiana Architectural Plywood | 7/12/2023 | 1818.16 |
| Inland Empire Safety & Supply | 6/30/2023 | 47.5 |
| J.A.J. Co., Inc. Masons | 6/2/2023 | 40000 |
| JAS Forwarding (USA) Inc. | 6/21/2023 | 2031.54 |
| Jeremiah Reents | 8/14/2023 | 122.17 |
| Jonathan Metal & Glass LTD | 6/30/2023 | 8850 |
| Joned Transport Co. | 5/26/2023 | 5170 |
| Joned Transport Co. | 6/20/2023 | 2000 |
| Joned Transport Co. | 6/29/2023 | 2000 |
| Joned Transport Co. | 7/7/2023 | 2000 |
| Joned Transport Co. | 7/13/2023 | 2000 |
| Joned Transport Co. | 7/21/2023 | 2000 |
| JW Winco | 6/30/2023 | 293.95 |
| Katonah Architectural Hardware | 6/30/2023 | 462.5 |
| King Soopers | 7/31/2023 | 25.1 |
| Kinon Surface Design Inc. | 6/30/2023 | 30483 |

| | | |
|---|---|---|
| Knapp Connectors | 5/31/2023 | 189.23 |
| Laird Plastics | 7/12/2023 | 3585.35 |
| Legere Group Ltd. | 6/14/2023 | 100000 |
| Legere Group Ltd. | 8/9/2023 | 25000 |
| Lindsay Dumont | 5/26/2023 | 1050 |
| Lindsay Dumont | 8/18/2023 | 1912.5 |
| LinkedIn | 5/31/2023 | 119.95 |
| LinkedIn | 6/30/2023 | 119.95 |
| LinkedIn | 7/31/2023 | 119.95 |
| Lumen | 6/5/2023 | 421.38 |
| Lumen | 7/5/2023 | 421.38 |
| Lumen | 8/3/2023 | 421.38 |
| Madoff & Khoury LLP | 8/21/2023 | 30000 |
| Madoff & Khoury LLP | 8/23/2023 | 33476 |
| Maharam | 7/7/2023 | 8294 |
| Manning Atlantic, Inc. | 7/12/2023 | 1591.65 |
| Marissa Bagley | 7/21/2023 | 196.13 |
| Marshall Wolf Automation, Inc. | 6/30/2023 | 182.52 |
| Massachusetts Department of Revenue | 7/17/2023 | 5000 |
| Maxim Crane Works L.P. | 5/26/2023 | 5475 |
| McMaster-Carr Supply Co. | 6/2/2023 | 4468.29 |
| McMaster-Carr Supply Co. | 5/31/2023 | 3705.09 |
| McMaster-Carr Supply Co. | 6/30/2023 | 1196.19 |
| McMaster-Carr Supply Co. | 7/31/2023 | 1975.91 |
| Metal Rolling and Welding INC | 5/31/2023 | 580 |
| Microsoft | 6/30/2023 | 2010 |
| Monarch Metal Fabrication, Inc. | 6/21/2023 | 354.86 |
| Monarch Metal Fabrication, Inc. | 6/30/2023 | 704.54 |
| Myknobs | 6/30/2023 | 98.09 |
| Natech lighting | 6/30/2023 | 154.85 |
| National Wood Products | 6/2/2023 | 19933.31 |
| National Wood Products | 7/7/2023 | 8733.7 |
| Nationwide Architectural Metals, Inc. | 5/31/2023 | 1355 |
| New Level Installation, LLC | 7/12/2023 | 7908.75 |
| New York Life Insurance Co | 5/31/2023 | 2181.48 |
| New York Life Insurance Co | 5/24/2023 | 2196.36 |
| New York Life Insurance Co | 7/26/2023 | 1955.21 |
| New York Life Insurance Co | 8/23/2023 | 3533.35 |
| NicoNat | 6/6/2023 | 6550 |
| NoCo Waterjet | 6/14/2023 | 480 |
| Norfolk Iron & Metal Co. | 6/30/2023 | 173.6 |
| Northeast Delta Dental | 7/5/2023 | 365.09 |
| Northeast Delta Dental | 6/9/2023 | 465.92 |
| Northeast Delta Dental | 8/9/2023 | 372.48 |
| Oakwood Veneer Co. | 5/31/2023 | 562.57 |
| Office Depot | 5/31/2023 | 77.02 |
| One Card | 7/31/2023 | 20 |

| | | |
|---|---|---|
| Online Metals | 5/31/2023 | 1996.98 |
| O'Reilly Auto Parts | 5/31/2023 | 28.72 |
| Owl Stamp Company | 6/30/2023 | 23.45 |
| Owl Stamp Company | 7/31/2023 | 110.1 |
| Paylocity Plan Fund | 6/9/2023 | 758.08 |
| Paylocity Plan Fund | 6/23/2023 | 778.08 |
| Petes Sewer Services | 5/23/2023 | 500 |
| Polymershapes | 7/13/2023 | 4078.4 |
| PRI Edgebanding | 5/31/2023 | 3061.71 |
| Prime Industries Inc | 7/7/2023 | 1515.07 |
| Prismatic Powders | 5/31/2023 | 599.79 |
| Prismatic Powders | 6/30/2023 | 37.85 |
| Protective Life Insurance Company | 6/15/2023 | 659.91 |
| Qdoba Mexican Eats | 6/30/2023 | 75.29 |
| Quality Door & Hardware | 6/30/2023 | 3333.88 |
| Quietaire Cooling Inc. | 7/31/2023 | 317.06 |
| R.S. Hughes | 6/30/2023 | 466.63 |
| Radwell International | 6/30/2023 | 223.24 |
| Ramiro Castillo | 7/21/2023 | 32.53 |
| Rascon Countertop Installation | 6/28/2023 | 550 |
| Rex Lumber Company | 5/26/2023 | 1578.13 |
| Rexel | 7/31/2023 | 33.62 |
| Richelieu America LTD | 6/2/2023 | 445.91 |
| Richelieu America LTD | 6/28/2023 | 3607.91 |
| Rockler Woodworking | 7/31/2023 | 46.01 |
| RXO Freight Forwarding, INC | 6/30/2023 | 632.8 |
| RXO Freight Forwarding, INC | 7/31/2023 | 913.16 |
| Safeway Logistics | 6/30/2023 | 1000 |
| Santiago's Mexican Restaurant | 5/31/2023 | 115.07 |
| Santiago's Mexican Restaurant | 7/31/2023 | 81.48 |
| SawStop | 6/30/2023 | 261.31 |
| Schoolhouse | 5/31/2023 | 407.2 |
| Schoolhouse | 6/30/2023 | 985.9 |
| Scotchman Credit Corp | 6/16/2023 | 705.63 |
| Scotchman Credit Corp | 7/17/2023 | 705.63 |
| Scotchman Credit Corp | 7/14/2023 | 705.63 |
| Scotchman Credit Corp | 8/18/2023 | 705.63 |
| Scott Clyatt | 6/20/2023 | 542.12 |
| Scott Clyatt | 6/30/2023 | 91.22 |
| Scott-Roberts and Associates | 6/30/2023 | 95.04 |
| Sculpt Nouveau | 6/30/2023 | 272.64 |
| Sculpture Depot | 5/31/2023 | 331.85 |
| SetAway | 6/30/2023 | 1331.76 |
| ShelterPoint Life Insurance Company | 8/23/2023 | 752.24 |
| Sherwin Williams | 8/21/2023 | 1236.83 |
| Sherwin Williams | 7/31/2023 | 70.19 |
| Sierra Forest Products | 5/24/2023 | 6862.32 |

| | | |
|---|---|---|
| Simpson Gumpertz & Heger | 6/30/2023 | 2000 |
| Smith Sawmill Service | 6/30/2023 | 450.62 |
| Solid Grounds, Inc. | 5/22/2023 | 2176 |
| Solid Grounds, Inc. | 6/2/2023 | 1239 |
| SOURIS DESIGN LLC | 5/26/2023 | 3450 |
| SOURIS DESIGN LLC | 6/20/2023 | 4275 |
| SOURIS DESIGN LLC | 7/12/2023 | 4481.25 |
| SOURIS DESIGN LLC | 8/11/2023 | 2812.5 |
| SOURIS DESIGN LLC | 8/18/2023 | 4631.25 |
| Spike Reynolds | 7/21/2023 | 100 |
| Spinnaker Realty Trust | 5/31/2023 | 17533 |
| St. Vrain Door & Drawer | 6/30/2023 | 344.17 |
| ST. Vrain Sanitation District | 6/30/2023 | 821.4 |
| Staples Credit Plan | 5/31/2023 | 51.53 |
| Star Hanger Systems | 5/31/2023 | 155 |
| State Compensation Insurance Fund | 5/23/2023 | 741.41 |
| State Compensation Insurance Fund | 6/21/2023 | 741.41 |
| State Compensation Insurance Fund | 7/18/2023 | 741.41 |
| State of New Hampshire | 6/30/2023 | 102 |
| Stiles Machinery Inc | 5/31/2023 | 596 |
| Stiles Machinery Inc | 6/30/2023 | 1839.97 |
| Stiles Machinery Inc | 7/31/2023 | 1151.76 |
| Stream Logistics | 6/30/2023 | 1000 |
| Stream Logistics | 7/13/2023 | 2000 |
| Stream Logistics | 7/21/2023 | 2000 |
| Stream Logistics | 7/28/2023 | 1000 |
| STS Operating, Inc. (The Hope Group) | 7/7/2023 | 1080.93 |
| Suburban Seating & Safety | 6/30/2023 | 379 |
| Sunbelt Rentals, Inc | 7/31/2023 | 495.49 |
| Surfacing Solution | 7/12/2023 | 6829.5 |
| ThreadArt | 6/30/2023 | 2096.68 |
| ThyssenKrupp OnlineMetals LLC | 6/30/2023 | 281.31 |
| Time Payment Corp | 5/24/2023 | 800 |
| Titan Worldwide | 6/28/2023 | 1000 |
| Titan Worldwide | 6/29/2023 | 1000 |
| Titan Worldwide | 7/13/2023 | 1000 |
| Titan Worldwide | 7/21/2023 | 1000 |
| Titan Worldwide | 7/28/2023 | 1000 |
| Torrington Brush Works, Inc. | 6/5/2023 | 216.11 |
| Treasurer, State of NH | 6/1/2023 | 75 |
| Turf Design | 7/7/2023 | 25000 |
| Uline | 5/31/2023 | 17905.13 |
| Uline | 6/30/2023 | 5159.32 |
| Uline | 7/31/2023 | 159.28 |
| Uneeda | 5/31/2023 | 907.5 |
| United Power | 5/24/2023 | 12418.11 |
| United Power | 6/28/2023 | 12127.56 |

| | | |
|---|---|---|
| United Power | 7/26/2023 | 12198.49 |
| United Power | 8/24/2023 | 12444.53 |
| United Transportation Services, Inc. | 6/1/2023 | 22400 |
| United Transportation Services, Inc. | 6/16/2023 | 10000 |
| United Transportation Services, Inc. | 6/29/2023 | 13260 |
| United Transportation Services, Inc. | 7/13/2023 | 10000 |
| United Transportation Services, Inc. | 7/24/2023 | 10000 |
| United Transportation Services, Inc. | 7/28/2023 | 10000 |
| United Transportation Services, Inc. | 8/3/2023 | 5000 |
| United Transportation Services, Inc. | 8/10/2023 | 10000 |
| Unitil | 6/8/2023 | 2116.06 |
| Unitil | 7/12/2023 | 1567.63 |
| Unitil | 7/13/2023 | 328.17 |
| Unitil | 8/9/2023 | 2764.65 |
| Vexor Custom Woodworking Tools | 5/31/2023 | 1469.4 |
| Vexor Custom Woodworking Tools | 6/30/2023 | 46.6 |
| Walgreens | 5/31/2023 | 39.48 |
| Waste Management of NH - | 5/23/2023 | 951.16 |
| Waste Management of NH - | 6/15/2023 | 2748.51 |
| Waste Management of NH - | 6/22/2023 | 565.81 |
| Waste Management of NH - | 7/10/2023 | 3140.59 |
| Waste Management of NH - | 7/26/2023 | 564.17 |
| Waste Management of NH - | 8/11/2023 | 388.5 |
| Western Disposal Services | 6/30/2023 | 1778.25 |
| White and Williams LLP | 8/10/2023 | 30000 |
| White and Williams LLP | 8/16/2023 | 30000 |
| White and Williams LLP | 8/18/2023 | 3476 |
| Whitehawk Construction Services, Inc. | 6/2/2023 | 110000 |
| Whitehawk Construction Services, Inc. | 6/16/2023 | 50000 |
| Whitehawk Construction Services, Inc. | 7/7/2023 | 90000 |
| Whitehawk Construction Services, Inc. | 7/27/2023 | 120766.94 |
| Wood-Dowel.com | 5/31/2023 | 37.5 |
| Woodmaster | 6/30/2023 | 107.5 |
| Woodworker Express, Inc. | 5/31/2023 | 771.25 |
| Woodworker Express, Inc. | 6/30/2023 | 103.71 |
| Wurth Louis & Co | 6/22/2023 | 18154.36 |
| Wurth Louis & Co | 6/30/2023 | 2810.94 |
| XPOLogistics | 5/31/2023 | 1775 |
| MRK Design Studio | 6/2/2023 | 11000 |
| MRK Design Studio | 7/5/2023 | 11000 |
| MRK Design Studio | 8/1/2023 | 5000 |
| MRK Design Studio | 8/18/2023 | 5000 |

# United States Bankruptcy Court
### District of Massachusetts

In re   **C.W. Keller & Associates, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **C.W. Keller Holding Co., Inc.**<br>**29 Munroe St.**<br>**Newburyport, MA 01950** | **Member** | **51 percent** | **Membership** |
| **Trevor Ryan**<br>**1609 Sauk Rd.**<br>**Loveland, CO 80537** | **Member** | **49 percent** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 24, 2023**

Signature   **/s/ Shawn Keller**

**Shawn Keller**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Massachusetts**

In re   **C.W. Keller & Associates, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **August 24, 2023**

**/s/ Shawn Keller**

**Shawn Keller**/**Manager**
Signer/Title

4076 Specialty Place, LLC.
6960 Orchard Lake Rd
Suite 300A
West Bloomfield, MI 48322

A & M Hardware
1165 Strickler Rd
Mount Joy, PA 17552

Acapella Craftsmen, Inc.
101 H St
Suite A
Petaluma, CA 94952

Adobe
345 Park Ave.
San Jose, CA 95110-2704

Advanced Commercial Installations, Inc.
590 Burbank Street
Unit 210
Broomfield, CO 80020

Advanced Hardware Supply, Inc.
1268 3600 W
Salt Lake City, UT 84104

Advanced Welding & Design
6 Draper St.
Woburn, MA 01801

Alcam Metal Distributors Inc
12957 W 43rd Drive
Golden, CO 80403

All Modular Systems, Inc.
PO Box 8578
Pasadena, CA 91109-8578

All Reach Lighting, LLC
PO Box 33756
Denver, CO 80233

All Systems Go, Inc.
PO Box 2358
Salem, NH 03079

Allied Manufacturing Corp.
1718 Stone Ave.
San Jose, CA 95125

ALTA Material Handling
114 Hall Street
Concord, NH 03301

Ameraquin Woodworking, Inc.
63 Haven Esplanade
Staten Island, NY 10301

American Floor Covering Inc.
88 Prestige Park Circle
East Hartford, CT 06108

American Wood Installers, Inc.
7 Arbutus Court
Commack, NY 11725

Applied Adhesives
PO Box 776265
Chicago, IL 60677

Architectural Grille
42 Second Avenue
Brooklyn, NY 11215

Arik Keller
50 Jefferson Street
Newburyport, MA 01950

Armstrong Teasdale
210 Main Street
Salt Lake City, UT 84101

Arnold Machinery Company
P.O. Box 30020
Salt Lake City, UT 84130

AT&T
PO Box 6463
Carol Stream, IL 60197-6463

Atlantic Plywood Corp.
PO Box 412103
Boston, MA 02241-2103

Austin Iron, LLC
9606 Old Manor Road
Austin, TX 78724

B.A.R. Electric Co., Inc.
PO Box 190
Mead, CO 80542

Banterra Bank
PO Box 790
Marion, IL 62959

Bay State Building Specialties, Inc.
144 Lundtquist Drive
Braintree, MA 02184

Black Hills Energy
P.O. Box 6001
Rapid City, SD 57709-6001

Broomfield Sheet Metal
1367 Horizon Ave
Lafayette, CO 80026

C.R. Laurence Co., Inc.
PO BOX 208952
Dallas, TX 75320-8952

C.R. Onsrud
PO Box 419
120 Technology Dr.
Troutman, NC 28166

California Contractors Insurance Service
PO Box 278238
Sacramento, CA 95827

California Department of Tax & Fee Admin
PO Box 942879
Sacramento, CA 94279-7072

Cast Advanced Concretes Ltd
Building 101, Viscount Road
Aviation Business Park West
Christchurch Dorset BH23 6NW
New Zealand

Cenacchi International Srl.
Via Della Liberta 31
Ozzano Dell'Emilia
Bologna 40064
KY

Central Weld County Water District
2235 2nd Avenue
Greeley, CO 80631

CertainTeed
61 Royal Group Crescent
Woodbridge
ON L4H 1X9

CGTech
9000 Research Drive
Irvine, CA 92618

Chanel Inc.
15 East 57th Street
New York, NY 10022

Channel Lumber
PO Box 4002
Richmond, CA 94804

Christine and Shawn Keller
29 Munroe St
Newburyport, MA 01950

CIGNA Healthcare
C/O Wells Fargo Bank
DEPT. 59
Denver, CO 80291

City and County of Denver
Department of Finance
201 W. Colfax Ave
Denver, CO 80202

Clean Harbors
PO Box 734867
Dallas, TX 75373-4867

Colorado Custom Stone
601 E. 64th Ave.
Building A
Denver, CO 80229

Colorado Department of Revenue
Denver, CO 80261-0008

Columbia Construction
100 Riverpark Drive
North Reading, MA 01864

Commercial Decor Group, Inc.
920 Mendocino Ave.
Santa Rosa, CA 95401

ComTec Solutions
PO Box 8000
Department 751
Buffalo, NY 14267

Cooledge Lighting INC
PO Box 4319
Itasca, IL 60143

CR Millwork Installation, LLC.
5408 Port Royal Rd, Unit N
Springfield, VA 22151

CW Keller Holdings Co.
29 Monroe Street
Newburyport, MA 01950

Cypress Construction Inc.
590 Burbank Street
Suite 250
Broomfield, CO 80020

Darant Distributing Corporation
1832 E. 68th Ave
Denver, CO 80229

Davco Security Systems, Inc.
PO Box 1208
Saugus, MA 01906

DAVRON, LLC
8429 Land O Lakes Boulevard
Land O Lakes, FL 34638

Denver Propane Exchange
PO Box 807
Commerce City, CO 80037

Designtex
222 Merchanise Mart Plaza
Suite # 303
Chicago, IL 60654

Devcon Construction
690 Gibraltar Drive
Milpitas, CA 95035

Dillmeier Glass Company
2903 Industrial Park Road
Van Buren, AR 72956

Dimension Hardwood
PO Box 59
Edon, OH 43518

Dinosaw
340 Power Avenue
Hudson, NY 12534

DNI Heating AC Refrigeration
PO Box 565
Mead, CO 80542

DPR Construction
5010 Shoreham Place, Suite 100
San Diego, CA 92122

Duffy Crane & Hauling
10180 Brighton Rd
Henderson, CO 80640

Duraframe, LLC.
610 Salt Rd
Webster, NY 14580

ECD Metalworks
222 Springhill Ln.
Berthoud, CO 80513

Eclipse Folding Door Systems
7250 Bandini Blvd
#107
Los Angeles, CA 90040

Edgebanding Services, Inc.
828 W Cienega Ave
San Dimas, CA 91773

Eklipse architectural Lighting
2090 Moreau St. #100
Montreal
QC H1W2M3

Enterprise Bank
55 Main Street
Salem, NH 03079

Epicor Software Corporation
P.O. Box 204768
Dallas, TX 75320-4768

Express Toll (E470)
P.O. Box 5470
Denver, CO 80217-5470

Federated Insurance
PO Box 95231
Chicago, IL 60694-5231

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Fiske Mobile Hearing Services
124 Hearthside Dr
Barrington, NH 03825

Florida Dept. of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0125

Flow InternationaL Corp
PO BOX 749647
Los Angeles, CA 90047-9647

Ford Motor Credit Co.
P.O.Box 105704
Atlanta, GA 30348-5704

Formwood Industries, Inc.
PO BOX 890386
Charlotte, NC 28289-0386

Frontier Communications, Corp
PO BOX 660831
Dallas, TX 75266-0831

Galaxy Glass & Stone
277 Fairfield Road
PO Box 10154
Fairfield, NJ 07004

Gate Precast
810 Sawdust Trail
Kissimmee, FL 34744

Gate Precast Co.
1 Bluegrass Drive
Ashland City, TN 37015

Gate Prescott
810 Sawdust Trail
Kissimmee, FL 34744

General Air
1105 Zuni Street
Denver, CO 80204-3338

Global Industrial
11 Harbor Park Drive
Port Washington, NY 11050

GM Financing
P.O. Box 183834
Arlington, TX 76096

Grapek Bates
26 Clinton Dr.
Suite 114
Hollis, NH 03049

Grunley Construction
15020 Shady Grove Road
Rockville, MD 20850

Hallmark Building Supply, Inc.
Bin 88970
Milwaukee, WI 53288-0970

Hardwoods USLP Denver
PO Box 741685
Los Angeles, CA 90074-1685

Hathaway Dinwiddle
811 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Hilti, Inc.
PO Box 70299
Philadelphia, PA 19176-0299

Hoffman Construction
805 SW Broadway, Suite 2100
Portland, OR 97205

Impact Fire Services LLC
PO Box 735063
Dallas, TX 75373-5063

Indiana Architectural Plywood
750 East Park St.
Trafalgar, IN 46181-9741

Inner Global Inc.
16300 Arrow Highway
Suite J
Irwindale, CA 91706

Innovation Refunds
4350 Westown Parkway
West Des Moines, IA 50266

Iron Mountain
PO Box 27128
New York, NY 10087-7128

J.A.J. Co., Inc. Masons
21 Prescott St.
Medford, MA 02155

J.S. Perrott & Co.
2501 SE Columbia Way
Suite 150
Vancouver, WA 98661

Jesco Lighting Group
15 Harbor Park Dr
Port Washington, NY 11050

JJ Lane Insurance Agency, Inc.
PO Box 389
Milton, MA 02186

Johnson O'Connor
101 Edgewater Drive
Suite 210
Wakefield, MA 01880

Jonathan Metal & Glass LTD
178-16 104th Avenue
Jamaica, NY 11433

Joned Transport Co.
16769 Sheridan Parkway, Apt. 105
Broomfield, CO 80023

JRM Construction - New York
242 W 36th Street
New York, NY 10018

Kiewit
1926 S 67th Street, #300
Omaha, NE 68106

Kinon Surface Design, Inc.
2700 Quanitum Blvd
Boynton Beach, FL 33426

Knowles - Cervenka Engineering LLC
1232 Castle Avenue
Sheboygan, WI 53081

Kyocera
One Jewel Drive
Wilmington, MA 01887

Laird Plastics
PO Box 934226
Atlanta, GA 31193

Leaf Capital Funding LLC
PO Box 5066
Hartford, CT 06102

Legere Group Ltd.
80 Darling Drive
Avon, CT 06001

Longero Iron Mountain Industries, Inc.
5680 Pecos Street
Denver, CO 80221

Lumen
PO Box 4918
Monroe, LA 71210

Manning Atlantic, Inc.
80 Main Street
Groveland, MA 01834

Marion Downs Center
Hearing Conservation Dept.
4280 Hale Parkway
Denver, CO 80220

Massachusetts Department of Revenue
P.O. Box 7041
Boston, MA 02204

Maxim Crane Works L.P.
346 D Street
PO Box 357
Boston, MA 02127

MillworkOne
60 Kenney Drive
Cranston, RI 02920

Mode Transportation
PO Box 654371
Dallas, TX 75265

Modern Metal Solutions
12 Park Avenue
Hudson, NH 03051

Mortenson
1621 18th Street, Suite 400
Denver, CO 80202

National Custom Millwork
11417 Somerset Avenue
Beltsville, MD 20705

National Wood Products
PO Bxo 65599
Salt Lake City, UT 84165

Navy Island
275 Marie Avenue, E
Saint Paul, MN 55118

New Hampshire Dept. of Revenue
109 Pleasant Street
PO Box 3718
Concord, NH 03302

New Level Installation, LLC
9055 Del Camino Lane
Longmont, CO 80504

NicoNat
2624 Yates Avenue
Los Angeles, CA 90040

NITCO
PO Box 21918
New York, NY 10087

NJ Division of Taxation
PO Box 281
Trenton, NJ 08695

Northeast Delta Dental
PO Box 9566
Manchester, NH 03108

NOVO Construction
1605 Canterbury Street
Austin, TX 78702

NYS Dept of Taxation & Finance
Corp-V
PO Box 15163
Albany, NY 12212

Office Solution Group LLC
230 Duffy Avenue
Hicksville, NY 11801

Onx, Inc.
11801 Domain Blvd., Floor 3
Suite A143
Austin, TX 78758

Parksite, Inc.
PO Box 417337
Boston, MA 02241

Paylocity
1400 American Lane
Schaumburg, IL 60173

Pitney Bowes
3001 Summer Street
Stamford, CT 06926

Post Road Iron Works
345 West Putnam Avenue
Greenwich, CT 06830

Precision Knife & Tool, LLC
200 Commerce Drive, Suite B
Fort Collins, CO 80524

Premier Flooring LLC
236 Sweet Valley Court
Longmont, CO 80501

Premium Powder Coating
1850 Lefthand Circle
Longmont, CO 80501

Quality Door & Hardware
780 Railroad Avenue
West Babylon, NY 11704

Quality Logistics LLC
3340 S. Zuni Street
Englewood, CO 80110

Regal Finishing Corp.
789 East 139th Street
Bronx, NY 10454

Reiter Construction
PO Box 917
Kenwood, CA 95452

Republic Services
PO Box 9001099
Louisville, KY 40290

Richelieu America LTD
237 N River Road, Suite 2
Mount Clemens, MI 48043

Safeway Logistics
2828 N. Emerson Avenue
Suite A
Indianapolis, IN 46218

Scotchman Credit Corp.
180 E US Hwy
P.O. Box 850
Philip, SD 57567

Sears Trostel Lumber & Millwork
125 Airpark Drive
Fort Collins, CO 80524

Securitas Technology Corporation
8350 Sunlight Drive
Fishers, IN 46037

SGS North America, Inc.
96 Allen Boulevard, Suite D
Farmingdale, NY 11735

```
Shawmut Design - Denver
560 Harrison Avenue
Boston, MA 02118

Shawn Keller
29 Monroe Street
Newburyport, MA 01950

Sherwin Williams
Foundry Street, Bldg. 1
Accts. Rec. Dept.
Lowell, MA 01852

Sierra Forest Products
PO Box 25933
Salt Lake City, UT 84125

Sightline Commercial Solutions
6008 Northland Drive
Minneapolis, MN 55428

Simpson Gumpertz & Heger
PO Box 842476
Boston, MA 02284

Solid Grounds, Inc.
1885 Vista View Drive, Unit A
Longmont, CO 80504

Spellman Hardwoods, Inc.
4645 N. 43rd Avenue
Phoenix, AZ 85031

Spinaker Realty Trust
9 Hale Spring Road
Plaistow, NH 03865

Spinnaker Realty Trust
PO Box 7160
Portland, ME 04112

Spinnaker Realty Trust
9 Hale Spring Road
Plaistow, NH 03865

Sprung Construction
2500 Larimer Street, #104
Denver, CO 80205

State Compensation Insurance Fund
PO Box 51092
Los Angeles, CA 90051
```

Stream Logistics
6220 East Thomas Road, Suite 200
Scottsdale, AZ 85251

StructureTone, Inc.
40 Broad Street
Boston, MA 02109

Stylmark, Inc.
Lockbox #170088
PO Box 9201
Minneapolis, MN 55480

Summit Law Solutions
3900 E. Mexico Avenue
Suite 300
Denver, CO 80210

Texas Commercial Glazing
2013 Centimeter Circle
Rutland 13, Suite B
Austin, TX 78758

The Kleingers Group, Inc dba TrueScan
6219 Centre Park Drive
West Chester, OH 45069

The Pinetree Group, LLC
301 N 15th Street
Colorado Springs, CO 80904

The Richmond Group, Inc.
77 Main Street #8
Hopkinton, MA 01748

Time Payment Corp.
200 Summit Drive, Suite 100
Burlington, MA 01803

Titan Worldwide
16410 Bloomfield Avenue
Cerritos, CA 90703

Total Filtration Services
13002 Collections Center Drive
Chicago, IL 60693

Trevor Ryan
1609 Sauk Road
Loveland, CO 80537

TruePoint Laser Scanning
PO Box 932
Toledo, OH 43697

Trumpcard
6349 Paseo Del Lago
Carlsbad, CA 92011

Turf Design
PO Box 22957
New York, NY 10087

Turner Construction
66 Hudson Blvd.
New York, NY 10001

Turner Construction - Boston
2 Seaport Lane, #200
Boston, MA 02210

Turner Construction Boston
2 Seaport Lane #200
Boston, MA 02210

Turner Construction NYC
66 Hudson Blvd . E
New York, NY 10001

Turner Construction Seattle
830 4th Ave S, #300
Seattle, WA 98134

Unifirst+
3499 Rider Trail South
Earth City, MO 63045

Unistrut International Corp.
Dept LA21199
Pasadena, CA 91185

Unistrut Midwest
1201 Hills South Drive
Cincinnati, OH 45215

United Power
500 Cooperative Way
Brighton, CO 80603

United Transportation Services
3300 S. Parker Road, Suite 305
Aurora, CO 80014

Unitil
P.O. Box 981010
Boston, MA 02298

UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673

Upstate Companies LLC
1690 State Highway 8
Mount Upton, NY 13809

Veolia Environmental Services
9131 E. 96th Avenue
Henderson, CO 80640

Video Tronix Inc.
401 WEst Travelers Trail
Burnsville, MN 55337

Washington DC - Government
Office of Tax and Revenue
PO Box 96166
Washington, DC 20090

Waste Management of NH
PO Box 13648
Philadelphia, PA 19101

Weld County Colorado
Office of the Treasurer
PO Box 458
Greeley, CO 80631

Weld-Wright Fabricators
4004 So. Clay Street
Englewood, CO 80110

Western Disposal Services
PO Box 174466
Denver, CO 80217

Western Tool & Supply Co.
LA Lockbox 22504
Pasadena, CA 91185

Whitehawk Construction Services, Inc.
23 Marne Street, Rear
Hamden, CT 06514

Whiting-Turner Contracting Co
1 Lakeside Commons
990 Hammond Drive, Suite 1100
Atlanta, GA 30328

Whiting-Turner Contracting Co
4690 Chabot Drive, Suite 120
Pleasanton, CA 94588

Wurth Louis & Co
PO Box 2253
Brea, CA 92822

# United States Bankruptcy Court
## District of Massachusetts

In re   **C.W. Keller & Associates, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **C.W. Keller & Associates, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**C.W. Keller Holding Co., Inc.
29 Munroe St.
Newburyport, MA 01950**

☐ None [*Check if applicable*]

**August 24, 2023**

Date

**/s/ David B. Madoff**

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for   **C.W. Keller & Associates, LLC**

**Madoff & Khoury LLP
124 Washington Street, Suite 202
Foxborough, MA 02035
508-543-0040 Fax:508-543-0020
alston@mandkllp.com**